# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:

DIEGO L. SOTO,                     CASE NO. 6:11-bk-13249-ABB
CLAUDIA P. CUENCA
    Debtors

_____/

## ORDER GRANTING ARCH BAY HOLDINGS LLC SERIES 2010C RELIEF FROM STAY

THIS MATTER having come to be considered by the Court pursuant to the Motion for Relief From Automatic Stay of Creditor, **ARCH BAY HOLDINGS LLC SERIES 2010C** by its loan servicer Quantum Servicing Corporation, Document **No.10**. No appropriate responses having been filed in accordance with Local Rule 2002-4 it is

ORDERED:

1. The Automatic Stay, and, arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to the Movant's interest in the following property:

> **Legal; LOT 164 SUNRISE UNIT TWO "B" ACCORDING TO THE PLAT RECORDED IN PLAT BOOK 24 PAGES 62 AND 63 OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA**
>
> **Address: 1101 Villa Court Winter Springs, Florida 32708**

2. The Order Granting Relief From Automatic Stay is entered for the sole purpose of allowing the movant to obtain an <u>in rem</u> judgment against the property and movant is prohibited from seeking or obtaining <u>in personam</u> relief against the Debtor.

DONE AND ORDERED Orlando, Florida on October 27, 2011.

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

**Copies Furnished To:**

Gary Gassel, Esquire
2191 Ringling Blvd
Sarasota, Florida 34237

Gene T. Chambers, Trustee
P.O. Box 533987
Orlando, Florida 32853

Barry N. Brumer
900 East Michigan Street
Orlando, Florida 32806
Attorney for Debtor

U.S. Trustees Office
135 W. Central Boulevard, Suite 620
Orlando, Florida 32801

Diego L. Soto
Claudia P. Cuenca
1101 Villa Court
Winter Springs, Florida 32708